IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK MILLER, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

INPHONIC, INC., et al.,

    Defendants.

Case No.: 1:07-cv-00845-RBW

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41, Plaintiff Mark Miller ("Miller"), by and through counsel, hereby voluntarily dismisses the above-captioned Complaint, without prejudice.

Miller's voluntary dismissal of his Complaint shall have no effect upon his rights as a member of the proposed class, including but not limited to the right to share in any recovery from the resolution of related actions through settlement, judgment, or otherwise.

Dated: June 12, 2007

**COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C.**

By: /s/ Steven J. Toll
    Steven J. Toll, USDC-DC Bar # 225623
    Elizabeth S. Finberg, USDC-DC Bar # 468555
    1100 New York Avenue, N.W.
    Suite 500, West Tower
    Washington, DC 20005
    (202) 408-4600

Phillip Kim, Esq.
Laurence Rosen, Esq.
350 Fifth Avenue, Suite 5508
New York, NY 10118
Phone: (212) 686-1060
Fax: (212) 202-3827

*Counsel for Plaintiff*